UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

Mahmoodur R. Choudhury

Case No. 11-46379
Chapter 7
Judge Thomas J. Tucker

Debtor.
_____/

**ORDER DISMISSING CASE FOR FAILURE TO FILE DOCUMENT(S)**

The Debtor has failed to file the Declaration Concerning Debtor(s) Schedules –Official Form B6, Ch. 7 Statement of Current Monthly Income and Means Test Form 22A, Statistical Summary, Statement of Financial Affairs, Summary of Schedules, and Schedules A-J. Further, a request for an extension of time has not been timely filed.

Accordingly, it is ordered that under Fed. R. Bankr. P. 1007, this case is **DISMISSED**.
.

**Signed on March 25, 2011**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge